Sylvia S. Quaye
Kentucky Bar No. 91249
*Attorney for Petitioner*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUKY

| | |
|---|---|
| Dainier Aleman Garcia, ) | Case No. 3:25-cv-00522-RGJ |
| Petitioner, ) | |
| v. ) | |
| Jeff Tindall, Jailer, Oldham County Detention Center ) | |
| Todd M. Lyons, Acting Director, or his agent, U.S. Immigration and Customs Enforcement; ) | |
| Kristi Noem, Secretary of the U.S. Department of Homeland Security; ) | |
| Pam Bondi, Attorney General of the United States, in their official capacities, ) | |
| Respondents. ) | |

## ORDER

On Motion of the NM and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED THAT**:

Petitioner Dainier Aleman Garcia, will participate remotely, in his hearing via zoom.

August 27, 2025

Rebecca Grady Jennings, District Judge
United States District Court

HONORABLE JUDGE REBECCA GRADY JENNINGS
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF KENTUCKY