UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

DAINIER ALEMAN GARCIA                                    Petitioner

v.                                                 Civil Action No. 3:25-CV-522-RGJ

JEFF TINDALL, JAILER, ET AL.                                 Defendants

\* \* \* \* \*

# ORDER

The Court conducted an expedited show cause hearing on the petition seeking a writ of habeas corpus under 28 U.S.C. § 2241 [DE 1] on August 28, 2025, in Louisville, Kentucky. The Court heard an overview of the case by the parties and arguments regarding the status of petitioner's application for Asylum and Withholding of Removal.

Since then, the United States notified the Court that Petitioner has an impending removal date of "on or before September 27, 2025." [DE 21 at 160]. As the Court previously stated, Garcia is not to be moved from the district during the pendency of this case but the Court "does not intend to intervene" in removal proceedings nor frustrate the removal order. [DE 11 at 42-43]. To the extent Garcia's removal is imminent and such movement is unrelated to any intent to frustrate communication with counsel or the exigency of the habeas corpus proceeding before the Court, the United States may comply with Garcia's removal order. The Court, however will hold the United States to their representations to this Court, that Mr. Garcia's "removal is scheduled to occur on or before September 27, 2025" where he will be removed to "Cuba." [DE 17 at 143; DE 21 at 160]. To that end, the United States is ordered to certify compliance with their representation demonstrating Garcia's removal to Cuba, by a filing on the docket no later than September 28, 2025.

Both parties agree that this Court retains jurisdiction while Mr. Garcia remains in the United States, even if not within the jurisdiction of the Western District of Kentucky. *White v. Lamanna*, 42 F. App'x 670, at *1 (6th Cir. 2002); *In re Hall*, 988 F.3d 376 (7th Cir. 2021).

For those reasons, the Court **ORDERS** that the United States certify compliance with their own representations and remarks to this Court. The United States must certify compliance, demonstrating **Mr. Garcia's removal to Cuba,** by a filing on the docket no later than **September 28, 2025**.

Rebecca Grady Jennings, District Judge
United States District Court

September 26, 2025